# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| HOPE ELLY, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MAVAR PROPERTIES LLC, )<br>TBT BILOXI, LLC and THE )<br>BLIND TIGER OF MS, LLC, )<br>Defendants. ) | CIVIL ACTION NO.<br>1:19-cv-318-LG-JCG |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) Fed. R. Civ. P., the parties hereby give notice to the Court that they have resolved this matter. The parties therefore stipulate that this case is dismissed with prejudice and each party will bear its own costs and fees.

Respectfully Submitted, this 20th day of April 2020.

| THE ADA GROUP, LLC | BRUNINI, GRANTHAM, GROWER & HEWES, PLLC |
|---|---|
| /s/ *Pshon Barrett* | /s/ Taylor B. McNeel |
| Pshon Barrett (MS Bar #2071) | Taylor B. McNeel (MS Bar #102737) |
| 4001 Carmichael Road, Suite 570 | P.O. Box 127 |
| Montgomery, Alabama 36106 | Biloxi, MS 39533-0127 |
| 334.819.4030 p | Telephone: (228) 435-8312 |
| 334.819.4032 f | Email: tmcneel@brunini.com |
| Pshon.Barrett@ADA-Firm.com | *Attorney for Defendants* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF system which will send a notice of electronic filing to all parties of record.

                          **THE ADA GROUP, LLC**

                          /s/ *Pshon Barrett*
                          Pshon Barrett, Esq.
                          *Attorney for Plaintiff*